Cite as 2025 Ark. 51

# SUPREME COURT OF ARKANSAS

**Opinion Delivered:** April 24, 2025

IN RE AMENDMENT TO
ADMINISTRATIVE PLAN FOR THE
FOURTH CIRCUIT

## PER CURIAM

Pursuant to Administrative Order No. 14, the Fourth Circuit submitted a second amendment to its currently approved administrative plan. The second amendment is approved and shall be effective immediately.

The remainder of the administrative plan remains in full force and effect until a subsequent plan is approved.